Rachel Wilson (AZ Bar #024801)
**RACHEL WILSON, PLLC**
177 N. Church Ave., Suite 200
Tucson, Arizona 85701
Tel: (520) 628-7777
E-mail: rachel@rachelwilsonlaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ALEJANDRO BADOS MADRID, SARA HERNÁNDEZ RÍOS and MARÍA RENDÓN, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>PEAK CONSTRUCTION, INC., an Arizona Corporation d/b/a PEAK PAINTING, BRAD D. NALLY, MARK W. SCHOUTEN, WILLIAM J. MORONEY, TODD STICKELS, JANE O'NEAL, EDWARD J. WOLFF, CHRIS LEO, as individuals, and DOES 1-100,<br><br>        Defendants. | No.<br><br>**COMPLAINT: COLLECTIVE ACTION FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND CLASS ACTION FOR VIOLATIONS OF ARIZONA LAW**<br><br>**DEMAND FOR JURY TRIAL** |

## I.  INTRODUCTION

1. The Plaintiffs Alejandro Bados Madrid, Sara Hernández Ríos, and María Rendón (hereinafter "Plaintiffs") bring this action on behalf of themselves as a collective action to recover unpaid overtime compensation, liquidated damages, attorneys' fees and costs under the provisions of Section 216(b) of the Fair Labor Standards Act, 29 USC § 201 *et seq.*

2. The Plaintiffs also bring this class action on behalf of themselves and on behalf of other similarly-situated employees to recover damages under Title 23 of the Arizona Revised Statutes and under Arizona's common law of fraud.

## II.  JURISDICTION

3. This complaint alleges a cause of action under the Fair Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA"). Accordingly, this court has jurisdiction pursuant to 28 USC § 1331. This

*1*

complaint also alleges two causes of action under Arizona state law, which arise out of the same set of operative facts as the federal cause of action, and which would be expected to be tried together in a single judicial proceeding. Accordingly, this court has pendant jurisdiction over the state claims pursuant to 28 USC § 1367(a).

## III. VENUE

4. Venue lies within this District pursuant to 28 USC § 1391. Venue is proper in the District of Arizona as the majority of the acts, events, and omissions giving rise to this action occurred in this District. At all relevant times, Defendants employed Plaintiffs in the State of Arizona, with the majority of employees living and working in Maricopa County.

## IV. PARITES

**Plaintiffs**

5. The Plaintiffs are current and former employees of the Defendants, employed as painters.

**Defendants**

6. Defendant PEAK CONSTRUCTION, Inc., (hereinafter "Peak") is an Arizona corporation. PEAK has its principal place of business in PHOENIX, Arizona, where it is engaged in the business of residential and commercial painting.

7. At all relevant times herein, Defendant PEAK has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s) of the FLSA, 29 USC § 203(s).

8. PEAK has been or was, at times relevant herein, Plaintiffs' employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. §203(d).

9. Defendant BRAD D. NALLY is co-owner and President of PEAK and the joint

2

employer of Plaintiffs. At all relevant times herein, BRAD D. NALLY has been an individual engaged in commerce or in the production of goods for commerce within the meaning of the FLSA.

10. Defendant MARK W. SCHOUTEN is co-owner and Secretary of PEAK and the joint employer of Plaintiffs. At all relevant times herein, MARK W. SCHOUTEN has been an individual engaged in commerce or in the production of goods for commerce within the meaning of the FLSA.

11. Defendant WILLIAM J. MORONEY is co-owner and Treasurer of PEAK and the joint employer of Plaintiffs. At all relevant times herein, WILLIAM J. MORONEY has been an individual engaged in commerce or in the production of goods for commerce within the meaning of the FLSA.

12. Defendant JANE O'NEAL is the General Manager and, therefore, an agent of PEAK. Accordingly, under 29 U.S.C. §203(d), JANE O'NEAL is jointly liable for the monies due Plaintiffs and their class under the FLSA.

13. Defendant TODD STICKELS is a manager and, therefore, an agent of PEAK. Accordingly, under 29 U.S.C. §203(d), TODD STICKELS is jointly liable for the monies due Plaintiffs and their class under the FLSA.

14. Defendant EDWARD J. WOLFF is President and, therefore, an agent of PEAK. Accordingly, under 29 U.S.C. §203(d), EDWARD WOLFF is jointly liable for the monies due Plaintiffs and their class under the FLSA.

15. Defendant CHRIS LEO is a manager, and, therefore, an agent of PEAK. Accordingly, under 29 U.S.C. §203(d), CHRIS LEO is jointly liable for the monies due Plaintiffs and their class under the FLSA.

16. The true names and capacities, whether individual, corporate, associate, representative

or otherwise, of Defendants named herein as Does 1-100 are not known to plaintiffs, who consequently sue such Defendants by such fictitious names, and plaintiffs will seek leave to amend this complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe, and thereon allege, that each defendant sued by such fictitious name was responsible in some manner for the actions referred to in this complaint and in some manner caused the injuries and damages alleged herein.

## V. FACTUAL ALLEGATIONS

17. Defendants provide their customers various painting services at residential and commercial construction projects, including projects under private contract to Pulte Homes/Del Webb. These services include all aspects of interior and exterior painting.

18. Within the past three years, Plaintiffs have worked for Defendants as painters, performing assorted tasks related to the surface preparation and painting of residential and commercial buildings. The painting services include both exterior and interior painting, touch-up work, and finishing. Plaintiffs performed this work at construction projects throughout the state of Arizona, including Maricopa, Pinal, Pima, and possibly other counties. The majority of the work took place in Maricopa County.

19. As a standard practice, Defendants pay Plaintiffs and their class on a combination piece rate/hourly basis. The piece rate unit is based on sections of the property to be painted. Each section is assigned a code. For example, codes may indicate "Garage Door," "Overhang," "Prep," "Front Door," or "Fence Return." At the end of the week, Defendants compiled all the codes Plaintiffs and their class completed and paid Plaintiffs and their class based on the completed codes. Additionally, Defendants also paid Plaintiffs on an hourly basis for projects that lacked codes.

20. Plaintiffs are required to fill out time sheets indicating how many hours they worked.

4

This time sheet is then reviewed, and sometimes amended, by a supervisor.   Based on the supervisor's submitted time sheet, a paycheck is generated for each employee.   The paycheck reports the number of hours the employee allegedly worked on each project and whether that project was paid at an hourly rate or a piece rate.

21.   When Plaintiffs worked more than 40 hours in a week, Defendants generated paystubs that labeled the hours worked in excess of 40 hours as "overtime."   However, no consistent formula for determining overtime wages was ever used and the amounts paid as "overtime" were not equal to one-and-a-half times the base hourly wage rate.

22.   The practice described in paragraph 21 resulted in plaintiffs being paid less than that to which they were entitled under the FLSA.

23.   Plaintiffs are informed and believe that the Defendants' practice of mis-labeling and mis-calculating overtime pay was a deliberate attempt to defraud Plaintiffs and their class of their rightful amount of overtime pay.   Each paystub gave the *appearance* of complying with the FLSA, when, in fact, employees were being systematically under-compensated for their overtime work.

**FIRST CLAIM OF RELIEF**
**FAILURE TO PAY OVERTIME**
**[FLSA, 29 USC § 207]**
**BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS**

24.   Plaintiffs re-allege and incorporate by reference the allegations contained in paragraphs one through twenty-three as if fully set forth here.

25.   Plaintiffs bring their First Claim for Relief as an opt-in collective action under the FLSA, 29 USC § 216(b), for unpaid overtime wages, liquidated damages, attorneys' fees, and costs.   Numerous painters like Alejandro Bados Madrid, Sara Hernández Ríos, and María Rendón, have been denied proper compensation during the applicable liability period.   Plaintiffs represent those other employees, and act on behalf of those employees' interests and their own, in bringing

this action.  Each named plaintiff has consented to become a party in this action.  The written consent forms for Alejandro Bados Madrid, Sara Hernández Ríos, and María Rendón are filed with the Court as **Exhibit A** to this Complaint. The employees similarly situated to Plaintiffs are known to Defendant, are readily identifiable, and may be located through Defendants' records.  These similarly-situated employees should be notified of, and allowed to opt into, this action to pursue their claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs under the FLSA.

26.  Section 7 of the FLSA, 29 U.S.C. §207, establishes the right of all persons who are "suffered or permitted to work" to have their employer pay the correct overtime rate for all hours worked in excess of forty hours in a workweek.

27. Plaintiffs are informed and believe, and thereupon allege, the following acts herein described at paragraphs 16-26:  that Defendants have engaged in a pattern and practice of violating the Fair Labor Standards Act by requiring Plaintiffs and the class to work in excess of forty hours in a workweek without paying them overtime at the time-and-a-half rate required by the FLSA and that such conduct was willful within the meaning of 29 U.S.C. §255(a).

28.  As a result of the unlawful acts of Defendants, Plaintiffs and others similarly situated have been deprived of overtime pay in amounts to be determined at trial and are entitled to recovery of such amounts, liquidated damages, attorneys' fees, and other compensation pursuant to 29 USC § 216(b).  Plaintiffs and other persons formally or informally employed by Defendants as painters who may opt in to this collective action request relief as described below.

29.   Plaintiffs are informed and believe, and on that basis allege, that Defendants have concealed and continue to conceal relevant facts regarding their unlawful activities, including their involvement in the unlawful scheme to defraud workers of their wages.  Accordingly, any statute of limitations relating to any of the causes of action alleged in this Complaint have been suspended

for that period during which Plaintiffs and others similarly situated were prevented by the wrongful acts of Defendants from seeking appropriate remedies, including the filing of a lawsuit.

**SECOND CLAIM FOR RELIEF**
**CLASS ACTION TO RECOVER WAGES**
**[ARIZ. REV. STAT. § 23-350, *et seq.*]**
**BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS**

30. Plaintiffs re-allege and incorporate by reference the allegations contained in paragraphs one through twenty-nine as though fully set forth here.

31. Plaintiffs bring their Second Claim for Relief as an opt-out class action under Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) on behalf of themselves and the class of current and former employees of Defendants who, within the applicable liability period, were not paid correct overtime wages. Plaintiffs will request the Court to certify the class and provide notice informing similarly-situated painters of their right to opt out of this lawsuit under Federal Rule 23.

32. Ariz. Rev. Stat. § 23-350, *et seq.*, covers payment of wages. In § 23-350, "wages" are defined as:

> "nondiscretionary compensation due an employee in return for labor or services rendered by an employee for which the employee has a reasonable expectation to be paid whether determined by a time, task, piece, commission or other method of calculation. Wages include sick pay, vacation pay, severance pay, commissions, bonuses and other amounts promised when the employer has a policy or a practice of making such payments." *Id.*

33. Furthermore, Ariz. Rev. Stat. § 23-351(C)(3) states that "Overtime or exception pay shall be paid no later than sixteen days after the end of the most recent pay period." *Id.*

34. All Plaintiffs worked for Defendants as painters in Arizona during the relevant time periods. Plaintiffs and the class they represent are painters paid on a piece rate and a supplemental hourly rate. As painters for Defendants, Plaintiffs regularly worked in excess of forty hours a week, but were not paid the mandatory time-and-a-half for overtime hours. Instead, Defendants compensated Plaintiffs for overtime at a seemingly random rate and labeled it "overtime" in order

to appear compliant with the law.

35. Ariz. Rev. Stat. § 23-355 authorizes a private right of action and treble damages against any employer who fails to pay the wages described in Title 23.

36. As a consequence, Plaintiffs who worked for Defendants within the applicable liability period are entitled to treble damages.

37. The requirements of F.R.C.P. Rule 23(a) are satisfied inasmuch as (1) the class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the class, (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and (4) the representative parties will fairly and adequately protect the interests of the class.

38. This class is appropriately certified as a class pursuant to F.R.C.P. 23(b)(2) inasmuch as the Defendants have acted on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole. Furthermore, this class is appropriately certified as a class pursuant to F.R.C.P. 23(b)(3) in that questions of law and fact common to the class predominate over any questions affecting only individuals, and because the class action device is superior to other available methods for the fair and efficient adjudication of this litigation.

## THIRD CLAIM FOR RELIEF
### CLASS ACTION TO REMEDY FRAUD UNDER ARIZONA LAW
### BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS

39. Plaintiffs re-allege and incorporate by reference the allegations contained in paragraphs one through thirty-eight as though fully set forth here.

40. Plaintiffs also bring this claim as an opt-out class action under Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) on behalf of themselves and in a representative capacity on

8

behalf of similarly-situated workers employed by Defendants as painters.

41. At all relevant times, Defendants acted under common law principles and state law as employers of the Plaintiff Class. Defendants hired Plaintiff Class to provide various painting services and exercised control over their wages, hours, and working conditions.

42. In Arizona, a showing of fraud requires: 1) a representation; 2) its falsity; 3) its materiality; 4) the speaker's knowledge of its falsity or ignorance of its truth; 5) the speaker's intent that it be acted upon by the recipient in the manner reasonably contemplated; 6) the hearer's ignorance of its falsity; 7) the hearer's reliance on its truth; 8) the right to rely on it; and 9) his consequent and proximate injury. *Echols v. Beauty Built Homes, Inc.*, 132 Ariz. 498, 500, 647 P.2d 629, 631 (1982).

43. In this case, Defendants stated, in their paystubs, that they were paying overtime. This was false. The statement was material because a correct statement of pay is the essence of a paystub. Defendants knew that they were required to pay overtime and knew that they were underpaying their employees. Defendants intended for Plaintiffs to believe that they were properly paying overtime. Plaintiffs did not know they were being improperly compensated and relied on the paystub to tell them their correct rate of pay. Employees have a right to rely on employers' paystubs to tell them their correct rate of pay. Plaintiffs were damaged by this reliance because it prevented them from demanding proper pay.

44. As a consequence of the Defendants' willful conduct in fraudulently creating the paystubs, Plaintiffs are entitled to consequential damages, attorneys' fees and costs.

## VIII. PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs on their own behalf and on behalf of all members of the FLSA collective action pray for relief as follows:

A. Designation of this action as a collective action on behalf of the FLSA Collective Plaintiffs (asserting FLSA claims) and prompt issuance of notice pursuant to 29 USC § 216(b) to all similarly-situated members of the FLSA opt-in Collective, apprising them of the pendency of this action, and permitting them to assert timely FLSA claims in this action by filing individual Consent to Sue forms pursuant to 29 USC § 216(b) and tolling the statute of limitations on the claims of all members of the FLSA Opt-In Class from the date this complaint was filed until the class members are provided with reasonable notice of the pendency of this action and a fair opportunity to exercise their right to opt in as plaintiffs;

B. Ordering Defendants to disclose in computer readable format, or in print if no computer readable format is available, the names and addresses of all those individuals who are similarly situated, and permitting Plaintiffs to send notice of this action to all those similarly-situated individuals;

C. Designation of Plaintiffs as Representatives of the FLSA Collective;

D. A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

E. A declaratory judgment that Defendants willfully violated the Fair Labor Standards Act;

F. An injunction against PEAK CONSTRUCTION and its officers, agents, successors, employees, representatives, and any and all persons acting in concert with them, as provided by law, from engaging in each of the unlawful practices, policies, and patterns set forth herein;

G. A judgment in favor of Plaintiffs and the FLSA Collective Plaintiffs and against Defendants on the Plaintiffs' Fair Labor Standards Act claim and awarding each of them the amount of his/her unpaid overtime wages, along with an equal amount as liquidated damages, the costs of this action, reasonable attorney's fees with regard to their claims under the Fair Labor Standards Act, and pre- and post-judgment interest, as provided by law; and

H. Grant such other and further legal and equitable relief as this Court may deem just and proper.

WHEREFORE, the Plaintiffs on their own behalf and on behalf of all members of the State Class pray for relief as follows:

A. Certification of this action as an opt-out class action on behalf of the state class;

10

B.  Designation of Plaintiffs as representatives of the state class;

C.  Designation of Plaintiffs' counsel as Counsel for the class;

D.  A declaratory judgment that Defendants violated Ariz. Rev. Stat. § 23-350, *et seq.*

E.  A judgment in favor of Plaintiffs and the State Class and against Defendants and awarding them treble damages as authorized under Ariz. Rev. Stat. § 23-355.

F.  A declaratory judgment that Defendants engaged in fraud against Plaintiffs and the class they represent;

G.  Appropriate equitable and injunctive relief to remedy Defendants' fraud, including but not necessarily limited to an order enjoining Defendants from continuing their unlawful policies and practices;

H.  A judgment in favor of Plaintiffs and the State Class and against Defendants on the Plaintiffs' fraud claim and awarding each of them consequential damages, the costs of this action, reasonable attorney's fees, and pre-and post-judgment interest, as provided by law.

## IX. DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all causes of action and claims with respect to which they have a right to jury trial.

**Dated: February 16, 2009**                    Respectfully Submitted,

RACHEL WILSON, PLLC

Rachel Wilson (AZ Bar #024801)
**RACHEL WILSON, PLLC**
177 N. Church Ave., Suite 200
Tucson, Arizona 85701
Tel: (520) 628-7777
Fax: (520)798-1980

E-mail: rachel@rachelwilsonlaw.com

**EXHIBIT A**

# ACUERDO DE RETENEDOR

## Las Condiciones de Este Acuerdo

Este Acuerdo de Retenedor ("Acuerdo") establece los términos y las condiciones bajo los cuales *Alejandro Bados Madrid* ("Usted" o "Cliente") retiene la abogada Rachel Wilson ("Abogada"). Si este acuerdo describe con precisión los servicios que nosotros realizaremos de parte de usted, y las condiciones para los honorarios de abogados son aceptables, favor de firmar y poner sus iniciales adonde sea apropiado en los dos Acuerdos originales y en el Renuncia de Conflictos de Interés adjunto, y devuélvalos a mí. Este Acuerdo no tomará efecto, y la Abogada no tendrán ninguna obligación de proporcionar servicios legales hasta que usted firme, feche y retorne a nosotros todos estos documentos. En cuanto yo reciba la copia firmada del Acuerdo, yo firmaré, fecharé y le regresaré una copia a usted para sus archivos.

## El Alcance de Mi Trabajo

Usted está contratando a l Abogada para representarle con respecto a sus reclamos potenciales para pago de overtime en contra de Peak Painting ("Demandados") por pagosy otros beneficios bajo la ley federal y las leyes de Arizona (la"Representación"). Usted no me ha pedido a representarle en ninguna materia a fuera de lo que sea requerido para perseguir la Representación. La Abogada no hará otro trabajo legal para usted en otra materia a menos que logre un diferente acuerdo por escrito con usted.  La Abogada hará el esfuerzo de proporcionarle la documentación, el consejo y los servicios legales razonablemente necesarios para representarle y para lograr las metas y objetivos que usted ha comunicado con migo. Por lo tanto, la Abogada tomará los pasos razonables para mantenerlo informado de nuestro progreso y para responder a las preguntas.

## Comunicaciones Privilegiadas

Estaría en su beneficio propio preservar la confidencialidad de todas comunicaciones entre usted y la Abogada. Si usted revela las comunicaciones que ha tenido con migo a un tercero partido, hará peligrar al privilegia de abogado-cliente y quizás a otros privilegias. Por lo tanto le aconsejo a no revelar las comunicaciones que usted tiene con la Abogada a terceros partidos.

## Los Deberes del Cliente

Para que pueda representarle eficazmente, usted tiene que cooperar conmigo completamente. Usted tiene que hacerme saber como comunicar con usted. Si usted se traslada a otra casa, o si se cambie su número de teléfono, tiene que avisarme. Su cooperación completa incluye, pero no se limite a: (1) Proveer información precisa y completa; (2) Responder a las cartas y llamadas telefónicas de nosotros; (3) Reunir conmigo; (4) Asistir a su deposición (si está requerido); y (5) Repasar y formalizar documentos legales. Usted está de acuerdo a ser verdadero/a conmigo, a revelar completamente y precisamente todos hechos y desarrollos sobre la Representación. El hecho de que no cumpliría con este Acuerdo me dará derecho a terminar la Representación o buscar una orden de la corte para terminarla.

## Honorarios de la Abogada y Gastos Varios

La Abogada se compromete a perseguir la Representación descrita en este Acuerdo en una base de contingencia. Eso significa que usted no va a tener ninguna responsabilidad a pagar mis honorarios y gastos a menos que usted prevalece en la Representación. La Abogada va a recuperar sus honorarios de abogado y mis gastos varios de cualquier recuperación que obtenga usted en la manera siguiente.

## Al firmar este Acuerdo, usted reconoce que los términos de los convenios sobre los honorarios de abogada no son fijos por ley, pero son términos que se pueden negociar entre usted y la Abogada.

a. Todos honorarios de abogado que se pueden ser recuperados de los Demandados que sean obtenidos por acuerdo, arbitraje, o por litigio, bajo cualquier ley, serán propiedad de la Abogada. Usted está de acuerdo a asignar a la Abogada todos derechos a y intereses en los honorarios de abogado y gastos varios, y a renunciar todo derecho personal a recibir honorarios de abogado adjudicados por el tribunal con respecto a la Representación. Este renuncia y asignación se hacen para evitar la posibilidad de que los Demandados se esfuerzan privarme de los honorarios de abogado y gastos varios razonables en ofreciéndole un acuerdo que

depende de su renuncia de todo o una parte de su derecho a conseguir honorarios de abogados y gastos varios razonables. Usted también conviene en que la Abogada puede intermediar en cualquier acción legal para proteger sus interés en una suma de honorarios o gastos adjudicada por un tribunal.

**Al firmar este Acuerdo, usted conviene que todos derechos a los honorarios de abogados**
**están asignados únicamente a la Abogada.**
**Iniciales del Cliente>** _A.B.M_ .

b. Los honorarios de abogado que buscaré obtener serán calculados basados en la cantidad total de horas que gasto razonablemente en la investigación y las negociaciones para avanzar los objetivos de la Representación, multiplicados por las tazas horarias actuales de la Abogada al tiempo que se termine la Representación (en inglés, "the lodestar"). Las tazas actuales de la Abogada son:

Rachel Wilson                $250.00 por hora

Estas tazas se pueden subir en el futuro. La Abogada se acuerda a notificarle de tales subidas.

c. La Abogada avanzará todos los gastos varios incurridos en la Representación. Usted autoriza a la Abogada a incurrir todos gastos razonables, y a contratar cualquier investigador, especialista, o testigo experto razonablemente necesario según nuestro criterio. Si la Representación tiene éxito, la Abogada será reembolsada para estos gastos de la recuperación recibida en este caso. Si no conseguimos una recuperación, usted no seráresponsable para reembolsarnos estos gastos.

d. Usted conviene en no renunciar completamente o parcialmente el derecho a recuperar los honorarios y/o gastos de abogados como una condición de un convenio. Si ocurre una renuncia parcial o completa, usted entiende y está de acuerdo que usted será obligado a pagar la Abogada la diferencia entre (i) cualquier suma de honorarios y gastos obtenidos por la Abogada y (ii) las tazas horarias actuales de la Abogada y los gastos incurridos en el conducto de la Representación descrita arriba.

e. Si el tribunal adjudica a la Abogada sus honorarios como de una suma común basada en un porcentaje que es distinto de lo que esta descrito en este Acuerdo, el porcentaje adjudicado por el tribunal va a gobernar. Si el tribunal adjudica a la Abogada sus honorarios de una suma común y también adjudica honorarios permitidos por las leyes de Arizona, usted conviene en que la Abogada podrá recuperar lo mejor de estas dos cantidades de honorarios. Si no hay ninguna recuperación de fondos ni de otra forma de consideración, la Abogada no recibirá nada de honorarios para sus servicios.

f. Acuerdos Estructurados: En caso de que su recuperación fuere a través de alguna forma de pago periódico, los honorarios de abogados serán basados en el valor presente aproximado de la recuperación. Usted conviene en que no se les exigirán a la Abogada que recuperen sus honorarios como una parte de cada pago periódico.

g. El Cliente entiende y conviene en que la Abogada podría trabajar con otros abogados y/o bufetes de abogados en esta Representación como abogados-colaboradores. Si la Representación tiene éxito, los honorarios de abogado recuperados por la Abogada seráncompartidos entre estos otros abogados y/o bufetes.

h. El Cliente entiende y acuerda que la abogada recibirán financiamiento de El Sindicato Internacional de Pintores y Gremios Aliados del Consejo del Distrito No. 15 ("El Sindicato"), que no será una parte de la acción, para ayudar con los pagos de los extensivos costos y honorarios de abogados en los que probablemente se incurrirán durante el transcurso del litigio. El Cliente acuerda que la Abogada pueden aceptar esos fondos. El Cliente no le adeudará nada al Sindicato como resultado de ese financiamiento. El Cliente está de acuerdo con que la Abogada le reembolse al Sindicato los costos y honorarios adelantados, de los costos y honorarios de abogados recuperados de la Compañía, si hubiera alguno.

**Pago de Impuestos**
Si usted recupera una suma a través de un acuerdo para pagarle el salario perdido u los sueldos no pagado(s),

6

usted entiende que será responsable de pagar cualquier impuesto que puede ser debido en la cantidad del pago. La Abogada no es responsable de pagar cualquier impuesto basado en la suma recuperada y cualquier pago del impuesto no se deducirá de una contingencia o recuperación de los honorarios. Si hay un pago al Cliente que resulte de un acuerdo o juicio, la Abogada emitirá el formulario del IRS 1099 al final del año para informar las ganancias.

### No Soy Experta en Impuestos

**La Abogads, ni cualquier abogado con quien trabajo, es abogado de impuestos, y la Abogada no puede aconsejarle sobre los impuestos. Usted debería consultar con un contador publico o con otro consejero de impuestos licenciado de su elección para obtener consejos sobre los impuestos.**

**Iniciales del Cliente>** A.B.M.

### Resolución de Reclamos en Caso de Faltas de Comunicaciones

Usted puede elegir, y al firmar este párrafo, usted específicamente elige autorizar a la Abogada a que resuelve sus reclamos en el evento de que usted no responda a mis peticiones de que se comunique conmigo, o falla en avisarme de donde o cómo puedo comunicarnme con usted. La Abogada se comprometa a arreglar sus reclamos bajo los términos que nosotros creemos razonablemente representan los resultados más favorables para usted que se pueden negociar.

### Control de la Representación

Usted entiende y conviene en que la Abogada será en control de la Representación y tendrá el derecho a hacer todas decisiones sobre como manejar los reclamos y demandas perseguidos de parte de usted en la mejor manera posible. Sin embargo, la Abogada no llegará a un acuerdo o convenio para resolver sus reclamos sin consultarle y sin obtener su consentimiento anteriormente. Usted conviene en que no se va negar su consentimiento de un acuerdo desproporcionadamente. Usted tiene derecho a ser informado/a sobre el estado de la Representación, y puede comunicar con la Abogada a cualquier momento para pedir información. la Abogada intentará responderle puntualmente en todo lo posible a todas sus solicitaciones de información.

### Gravamen de Abogados y Poder Especial

Las oficinas legales de Rachel Wilson son otorgadas un gravamen por el presente en cualquier recuperación para todas las sumas de dinero adelantadas por ellos para los honorarios de abogados y costos. la Abogada se concede al poder especial de abogado del Cliente para endosar todos los documentos en el nombre del Cliente que sean necesarios para finalizar o completar el acuerdo, incluyendo el endoso de un cheque y/o proyecto.

### No Hago Garantías

Intentaré ayudarle en todo lo posible para lograr un resultado favorable para usted. Sin embargo, no hago ninguna garantía ni promesa sobre los resultados de la Representación. Al firmar este Acuerdo, usted reconoce que la Abogada no ha hecho ninguna representación en absoluto con respecto a la terminación exitosa de la demanda.

### El Retiro de Abogados

El Cliente puede descargar a la Abogada y terminar nuestros servicios cuando quiera por noticia escrita que entrará en vigor cuando la Abogada reciba dicha noticia. En el evento de un descargo o una retirada de la Abogada, y después de cualquier acuerdo, fallo, u otro convenio de su caso (*i.e.*, sí usted tiene éxito), la Abogada tendrá derecho a recuperar como honorarios el valor razonable de los servicios efectuados, incluyendo cualquier gasto incurrido durante la Representación.la Abogada puede retirarse de la Representación a cualquier momento con su consentimiento, y a cualquier momento sin su consentimiento por una razón legalmente permitida, incluyendo pero no limitado la falta del Cliente de cumplir con los términos de este Acuerdo, con la autorización del tribunal. Si la Abogada debe retirarse o es despedida, usted conviene en que hará todos esfuerzos necesarios para liberar la Abogada de sus obligaciones a proporcionarle más servicios, incluso firmar cualquier documento necesario para terminar la Representación. En el evento de dicha terminación de la Representación, yo intentaré ayudarle en todo lo posible y razonable para proteger sus intereses. Después de que mis servicios concluyen, nosotros, tras su petición, le entregaremos su archivo a usted, junto con cualesquiera fondos, y propiedad suya en nuestra posesión.

## Efecto Obligatorio
Este contrato estará ligando en, y tendrá efecto al beneficio de las partes, sucesores y cesionarios.

## Derecho a Buscar Consejo Legal Independiente
Usted tiene el derecho a consultar con otro abogado acerca de este Acuerdo antes de firmarlo, y la Abogada le anima a hacerlo si tiene alguna preocupación. Al firmar este Acuerdo, usted reconoce que la Abogada le ha avisado específicamente de su derecho a buscar el consejo de un abogado independiente acerca de los términos y condiciones de este Acuerdo.

**Este Acuerdo representa el total acuerdo entre el Cliente y la Abogada con relación a los honorarios de Abogados y costos y otros términos relacionados con la representación del Cliente por la Abogada. Cualquier modificación, adición, u otros cambios a este Acuerdo deberá ser hecho solamente por escrito y firmado por ambos, el Cliente y la Abogada.**

**¡CUIDADO: NO FIRMAR NI PONER SUS INICIALES EN ESTE DOCUMENTO SIN LEERLO!**
Una copia doble de este Acuerdo se le ha proporcionado al Cliente.
Después de leer cuidadosamente lo susodicho, los siguientes partidos se ponen en acuerdo:

Fecha: _02-05-09_  _Alejandro Bados Madrid_  _(firma del Cliente)_

Nombre del Cliente (en letra de molde)    Firma del Cliente

Firmada en _Phoenix_____, Arizona, el _02-05-09_

Fecha

_Rachel Wilson (firma)_

Rachel Wilson

8

# ACUERDO DE RETENEDOR

## Las Condiciones de Este Acuerdo

Este Acuerdo de Retenedor ("Acuerdo") establece los términos y las condiciones bajo los cuales _Sara Hernández R._ ("Usted" o "Cliente") retiene la abogada Rachel Wilson ("Abogada"). Si este acuerdo describe con precisión los servicios que nosotros realizaremos de parte de usted, y las condiciones para los honorarios de abogados son aceptables, favor de firmar y poner sus iniciales adonde sea apropiado en los dos Acuerdos originales y en el Renuncia de Conflictos de Interés adjunto, y devuélvalos a mí. Este Acuerdo no tomará efecto, y la Abogada no tendrán ninguna obligación de proporcionar servicios legales hasta que usted firme, feche y retorne a nosotros todos estos documentos. En cuanto yo reciba la copia firmada del Acuerdo, yo firmaré, fecharé y le regresaré una copia a usted para sus archivos.

## El Alcance de Mi Trabajo

Usted está contratando a l Abogada para representarle con respecto a sus reclamos potenciales para pago de overtime en contra de Peak Painting ("Demandados") por pagosy otros beneficios bajo la ley federal y las leyes de Arizona (la"Representación"). Usted no me ha pedido a representarle en ninguna materia a fuera de lo que sea requerido para perseguir la Representación. La Abogada no hará otro trabajo legal para usted en otra materia a menos que logre un diferente acuerdo por escrito con usted.  La Abogada hará el esfuerzo de proporcionarle la documentación, el consejo y los servicios legales razonablemente necesarios para representarle y para lograr las metas y objetivos que usted ha comunicado con migo. Por lo tanto, la Abogada tomará los pasos razonables para mantenerlo informado de nuestro progreso y para responder a las preguntas.

## Comunicaciones Privilegiadas

Estaría en su beneficio propio preservar la confidencialidad de todas comunicaciones entre usted y la Abogada. Si usted revela las comunicaciones que ha tenido con migo a un tercero partido, hará peligrar al privilegia de abogado-cliente y quizás a otros privilegias. Por lo tanto le aconsejo a no revelar las comunicaciones que usted tiene con la Abogada a terceros partidos.

## Los Deberes del Cliente

Para que pueda representarle eficazmente, usted tiene que cooperar conmigo completamente. Usted tiene que hacerme saber como comunicar con usted. Si usted se traslada a otra casa, o si se cambie su número de teléfono, tiene que avisarme. Su cooperación completa incluye, pero no se limite a: (1) Proveer información precisa y completa; (2) Responder a las cartas y llamadas telefónicas de nosotros; (3) Reunir conmigo; (4) Asistir a su deposición (si está requerido); y (5) Repasar y formalizar documentos legales. Usted está de acuerdo a ser verdadero/a conmigo, a revelar completamente y precisamente todos hechos y desarrollos sobre la Representación. El hecho de que no cumpliría con este Acuerdo me dará derecho a terminar la Representación o buscar una orden de la corte para terminarla.

## Honorarios de la Abogada y Gastos Varios

La Abogada se compromete a perseguir la Representación descrita en este Acuerdo en una base de contingencia. Eso significa que usted no va a tener ninguna responsabilidad a pagar mis honorarios y gastos a menos que usted prevalece en la Representación. La Abogada va a recuperar sus honorarios de abogado y mis gastos varios de cualquier recuperación que obtenga usted en la manera siguiente.

## Al firmar este Acuerdo, usted reconoce que los términos de los convenios sobre los honorarios de abogada no son fijos por ley, pero son términos que se pueden negociar entre usted y la Abogada.

a. Todos honorarios de abogado que se pueden ser recuperados de los Demandados que sean obtenidos por acuerdo, arbitraje, o por litigio, bajo cualquier ley, serán propiedad de la Abogada. Usted está de acuerdo a asignar a la Abogada todos derechos a y intereses en los honorarios de abogado y gastos varios, y a renunciar todo derecho personal a recibir honorarios de abogado adjudicados por el tribunal con respecto a la Representación. Este renuncia y asignación se hacen para evitar la posibilidad de que los Demandados se esfuerzan privarme de los honorarios de abogado y gastos varios razonables en ofreciéndole un acuerdo que

5

depende de su renuncia de todo o una parte de su derecho a conseguir honorarios de abogados y gastos varios razonables. Usted también conviene en que la Abogada puede intermediar en cualquier acción legal para proteger sus interés en una suma de honorarios o gastos adjudicada por un tribunal.

**Al firmar este Acuerdo, usted conviene que todos derechos a los honorarios de abogados**
**están asignados únicamente a la Abogada.**
**Iniciales del Cliente>** SHR

b. Los honorarios de abogado que buscaré obtener serán calculados basados en la cantidad total de horas que gasto razonablemente en la investigación y las negociaciones para avanzar los objetivos de la Representación, multiplicados por las tazas horarias actuales de la Abogada al tiempo que se termine la Representación (en inglés, "the lodestar"). Las tazas actuales de la Abogada son:

Rachel Wilson                    $250.00 por hora

Estas tazas se pueden subir en el futuro. La Abogada se acuerda a notificarle de tales subidas.

c. La Abogada avanzará todos los gastos varios incurridos en la Representación. Usted autoriza a la Abogada a incurrir todos gastos razonables, y a contratar cualquier investigador, especialista, o testigo experto razonablemente necesario según nuestro criterio. Si la Representación tiene éxito, la Abogada será reembolsada para estos gastos de la recuperación recibida en este caso. Si no conseguimos una recuperación, usted no seráresponsable para reembolsarnos estos gastos.

d. Usted conviene en no renunciar completamente o parcialmente el derecho a recuperar los honorarios y/o gastos de abogados como una condición de un convenio. Si ocurre una renuncia parcial o completa, usted entiende y está de acuerdo que usted será obligado a pagar la Abogada la diferencia entre (i) cualquier suma de honorarios y gastos obtenidos por la Abogada y (ii) las tazas horarias actuales de la Abogada y los gastos incurridos en el conducto de la Representación descrita arriba.

e. Si el tribunal adjudica a la Abogada sus honorarios como de una suma común basada en un porcentaje que es distinto de lo que esta descrito en este Acuerdo, el porcentaje adjudicado por el tribunal va a gobernar. Si el tribunal adjudica a la Abogada sus honorarios de una suma común y también adjudica honorarios permitidos por las leyes de Arizona, usted conviene en que la Abogada podrá recuperar lo mejor de estas dos cantidades de honorarios. Si no hay ninguna recuperación de fondos ni de otra forma de consideración, la Abogada no recibirá nada de honorarios para sus servicios.

f. Acuerdos Estructurados: En caso de que su recuperación fuere a través de alguna forma de pago periódico, los honorarios de abogados serán basados en el valor presente aproximado de la recuperación. Usted conviene en que no se les exigirán a la Abogada que recuperen sus honorarios como una parte de cada pago periódico.

g. El Cliente entiende y conviene en que la Abogada podría trabajar con otros abogados y/o bufetes de abogados en esta Representación como abogados-colaboradores. Si la Representación tiene éxito, los honorarios de abogado recuperados por la Abogada seráncompartidos entre estos otros abogados y/o bufetes.

h. El Cliente entiende y acuerda que la abogada recibirán financiamiento de El Sindicato Internacional de Pintores y Gremios Aliados del Consejo del Distrito No. 15 ("El Sindicato"), que no será una parte de la acción, para ayudar con los pagos de los extensivos costos y honorarios de abogados en los que probablemente se incurrirán durante el transcurso del litigio. El Cliente acuerda que la Abogada pueden aceptar esos fondos. El Cliente no le adeudará nada al Sindicato como resultado de ese financiamiento. El Cliente está de acuerdo con que la Abogada le reembolse al Sindicato los costos y honorarios adelantados, de los costos y honorarios de abogados recuperados de la Compañía, si hubiera alguno.


**Pago de Impuestos**
Si usted recupera una suma a través de un acuerdo para pagarle el salario perdido u los sueldos no pagado(s),

6

usted entiende que será responsable de pagar cualquier impuesto que puede ser debido en la cantidad del pago. La Abogada no es responsable de pagar cualquier impuesto basado en la suma recuperada y cualquier pago del impuesto no se deducirá de una contingencia o recuperación de los honorarios. Si hay un pago al Cliente que resulte de un acuerdo o juicio, la Abogada emitirá el formulario del IRS 1099 al final del año para informar las ganancias.

## No Soy Experta en Impuestos
**La Abogads, ni cualquier abogado con quien trabajo, es abogado de impuestos, y la Abogada no puede aconsejarle sobre los impuestos. Usted debería consultar con un contador publico o con otro consejero de impuestos licenciado de su elección para obtener consejos sobre los impuestos.**

**Iniciales del Cliente>** S H R

## Resolución de Reclamos en Caso de Faltas de Comunicaciones
Usted puede elegir, y al firmar este párrafo, usted específicamente elige autorizar a la Abogada a que resuelve sus reclamos en el evento de que usted no responda a mis peticiones de que se comunique conmigo, o falla en avisarme de donde o cómo puedo comunicarnme con usted. La Abogada se comprometa a arreglar sus reclamos bajo los términos que nosotros creemos razonablemente representan los resultados más favorables para usted que se pueden negociar.

## Control de la Representación
Usted entiende y conviene en que la Abogada será en control de la Representación y tendrá el derecho a hacer todas decisiones sobre como manejar los reclamos y demandas perseguidos de parte de usted en la mejor manera posible. Sin embargo, la Abogada no llegará a un acuerdo o convenio para resolver sus reclamos sin consultarle y sin obtener su consentimiento anteriormente. Usted conviene en que no se va negar su consentimiento de un acuerdo desproporcionadamente. Usted tiene derecho a ser informado/a sobre el estado de la Representación, y puede comunicar con la Abogada a cualquier momento para pedir información. la Abogada intentará responderle puntualmente en todo lo posible a todas sus solicitaciones de información.

## Gravamen de Abogados y Poder Especial
Las oficinas legales de Rachel Wilson son otorgadas un gravamen por el presente en cualquier recuperación para todas las sumas de dinero adelantadas por ellos para los honorarios de abogados y costos. la Abogada se concede al poder especial de abogado del Cliente para endosar todos los documentos en el nombre del Cliente que sean necesarios para finalizar o completar el acuerdo, incluyendo el endoso de un cheque y/o proyecto.

## No Hago Garantías
Intentaré ayudarle en todo lo posible para lograr un resultado favorable para usted. Sin embargo, no hago ninguna garantía ni promesa sobre los resultados de la Representación. Al firmar este Acuerdo, usted reconoce que la Abogada no ha hecho ninguna representación en absoluto con respecto a la terminación exitosa de la demanda.

## El Retiro de Abogados
El Cliente puede descargar a la Abogada y terminar nuestros servicios cuando quiera por noticia escrita que entrará en vigor cuando la Abogada reciba dicha noticia. En el evento de un descargo o una retirada de la Abogada, y después de cualquier acuerdo, fallo, u otro convenio de su caso (*i.e.*, sí usted tiene éxito), la Abogada tendrá derecho a recuperar como honorarios el valor razonable de los servicios efectuados, incluyendo cualquier gasto incurrido durante la Representación.la Abogada puede retirarse de la Representación a cualquier momento con su consentimiento, y a cualquier momento sin su consentimiento por una razón legalmente permitida, incluyendo pero no limitado la falta del Cliente de cumplir con los términos de este Acuerdo, con la autorización del tribunal. Si la Abogada debe retirarse o es despedida, usted conviene en que hará todos esfuerzos necesarios para liberar la Abogada de sus obligaciones a proporcionarle más servicios, incluso firmar cualquier documento necesario para terminar la Representación. En el evento de dicha terminación de la Representación, yo intentaré ayudarle en todo lo posible y razonable para proteger sus intereses. Después de que mis servicios concluyen, nosotros, tras su petición, le entregaremos su archivo a usted, junto con cualesquiera fondos, y propiedad suya en nuestra posesión.

7

## Efecto Obligatorio

Este contrato estará ligando en, y tendrá efecto al beneficio de las partes, sucesores y cesionarios.

## Derecho a Buscar Consejo Legal Independiente

Usted tiene el derecho a consultar con otro abogado acerca de este Acuerdo antes de firmarlo, y la Abogada le anima a hacerlo si tiene alguna preocupación. Al firmar este Acuerdo, usted reconoce que la Abogada le ha avisado específicamente de su derecho a buscar el consejo de un abogado independiente acerca de los términos y condiciones de este Acuerdo.

**Este Acuerdo representa el total acuerdo entre el Cliente y la Abogada con relación a los honorarios de Abogados y costos y otros términos relacionados con la representación del Cliente por la Abogada. Cualquier modificación, adición, u otros cambios a este Acuerdo deberá ser hecho solamente por escrito y firmado por ambos, el Cliente y la Abogada.**

**¡CUIDADO: NO FIRMAR NI PONER SUS INICIALES EN ESTE DOCUMENTO SIN LEERLO!**
Una copia doble de este Acuerdo se le ha proporcionado al Cliente.
Después de leer cuidadosamente lo susodicho, los siguientes partidos se ponen en acuerdo:


Fecha: 2-5-09    SARA HERNANDEZ RIOS-    Sara Hernández R.
                   Nombre del Cliente (en letra de molde)    Firma del Cliente

Firmada en    Phoenix                , Arizona, el 2-5-09
                                                        Fecha


Rachel Wilson

8

# ACUERDO DE RETENEDOR

## Las Condiciones de Este Acuerdo

Este Acuerdo de Retenedor ("Acuerdo") establece los términos y las condiciones bajo los cuales _Maria Rendon_ ("Usted" o "Cliente") retiene la abogada Rachel Wilson ("Abogada"). Si este acuerdo describe con precisión los servicios que nosotros realizaremos de parte de usted, y las condiciones para los honorarios de abogados son aceptables, favor de firmar y poner sus iniciales adonde sea apropiado en los dos Acuerdos originales y en el Renuncia de Conflictos de Interés adjunto, y devuélvalos a mí. Este Acuerdo no tomará efecto, y la Abogada no tendrán ninguna obligación de proporcionar servicios legales hasta que usted firme, feche y retorne a nosotros todos estos documentos. En cuanto yo reciba la copia firmada del Acuerdo, yo firmaré, fecharé y le regresaré una copia a usted para sus archivos.

## El Alcance de Mi Trabajo

Usted está contratando a l Abogada para representarle con respecto a sus reclamos potenciales para pago de overtime en contra de Peak Painting ("Demandados") por pagosy otros beneficios bajo la ley federal y las leyes de Arizona (la"Representación"). Usted no me ha pedido a representarle en ninguna materia a fuera de lo que sea requerido para perseguir la Representación. La Abogada no hará otro trabajo legal para usted en otra materia a menos que logre un diferente acuerdo por escrito con usted.  La Abogada hará el esfuerzo de proporcionarle la documentación, el consejo y los servicios legales razonablemente necesarios para representarle y para lograr las metas y objetivos que usted ha comunicado con migo. Por lo tanto, la Abogada tomará los pasos razonables para mantenerlo informado de nuestro progreso y para responder a las preguntas.

## Comunicaciones Privilegiadas

Estaría en su beneficio propio preservar la confidencialidad de todas comunicaciones entre usted y la Abogada. Si usted revela las comunicaciones que ha tenido con migo a un tercero partido, hará peligrar al privilegia de abogado-cliente y quizás a otros privilegias. Por lo tanto le aconsejo a no revelar las comunicaciones que usted tiene con la Abogada a terceros partidos.

## Los Deberes del Cliente

Para que pueda representarle eficazmente, usted tiene que cooperar conmigo completamente. Usted tiene que hacerme saber como comunicar con usted. Si usted se traslada a otra casa, o si se cambie su número de teléfono, tiene que avisarme. Su cooperación completa incluye, pero no se limite a: (1) Proveer información precisa y completa; (2) Responder a las cartas y llamadas telefónicas de nosotros; (3) Reunir conmigo; (4) Asistir a su deposición (si está requerido); y (5) Repasar y formalizar documentos legales. Usted está de acuerdo a ser verdadero/a conmigo, a revelar completamente y precisamente todos hechos y desarrollos sobre la Representación. El hecho de que no cumpliría con este Acuerdo me dará derecho a terminar la Representación o buscar una orden de la corte para terminarla.

## Honorarios de la Abogada y Gastos Varios

La Abogada se compromete a perseguir la Representación descrita en este Acuerdo en una base de contingencia. Eso significa que usted no va a tener ninguna responsabilidad a pagar mis honorarios y gastos a menos que usted prevalece en la Representación. La Abogada va a recuperar sus honorarios de abogado y mis gastos varios de cualquier recuperación que obtenga usted en la manera siguiente.

## Al firmar este Acuerdo, usted reconoce que los términos de los convenios sobre los honorarios de abogada no son fijos por ley, pero son términos que se pueden negociar entre usted y la Abogada.

a. Todos honorarios de abogado que se pueden ser recuperados de los Demandados que sean obtenidos por acuerdo, arbitraje, o por litigio, bajo cualquier ley, serán propiedad de la Abogada. Usted está de acuerdo a asignar a la Abogada todos derechos a y intereses en los honorarios de abogado y gastos varios, y a renunciar todo derecho personal a recibir honorarios de abogado adjudicados por el tribunal con respecto a la Representación. Este renuncia y asignación se hacen para evitar la posibilidad de que los Demandados se esfuerzan privarme de los honorarios de abogado y gastos varios razonables en ofreciéndole un acuerdo que

5

depende de su renuncia de todo o una parte de su derecho a conseguir honorarios de abogados y gastos varios razonables. Usted también conviene en que la Abogada puede intermediar en cualquier acción legal para proteger sus interés en una suma de honorarios o gastos adjudicada por un tribunal.

**Al firmar este Acuerdo, usted conviene que todos derechos a los honorarios de abogados**
**están asignados únicamente a la Abogada.**
**Iniciales del Cliente>** _M R__

b. Los honorarios de abogado que buscaré obtener serán calculados basados en la cantidad total de horas que gasto razonablemente en la investigación y las negociaciones para avanzar los objetivos de la Representación, multiplicados por las tazas horarias actuales de la Abogada al tiempo que se termine la Representación (en inglés, "the lodestar"). Las tazas actuales de la Abogada son:

Rachel Wilson            $250.00 por hora

Estas tazas se pueden subir en el futuro. La Abogada se acuerda a notificarle de tales subidas.

c. La Abogada avanzará todos los gastos varios incurridos en la Representación. Usted autoriza a la Abogada a incurrir todos gastos razonables, y a contratar cualquier investigador, especialista, o testigo experto razonablemente necesario según nuestro criterio. Si la Representación tiene éxito, la Abogada será reembolsada para estos gastos de la recuperación recibida en este caso. Si no conseguimos una recuperación, usted no seráresponsable para reembolsarnos estos gastos.

d. Usted conviene en no renunciar completamente o parcialmente el derecho a recuperar los honorarios y/o gastos de abogados como una condición de un convenio. Si ocurre una renuncia parcial o completa, usted entiende y está de acuerdo que usted será obligado a pagar la Abogada la diferencia entre (i) cualquier suma de honorarios y gastos obtenidos por la Abogada y (ii) las tazas horarias actuales de la Abogada y los gastos incurridos en el conducto de la Representación descrita arriba.

e. Si el tribunal adjudica a la Abogada sus honorarios como de una suma común basada en un porcentaje que es distinto de lo que esta descrito en este Acuerdo, el porcentaje adjudicado por el tribunal va a gobernar. Si el tribunal adjudica a la Abogada sus honorarios de una suma común y también adjudica honorarios permitidos por las leyes de Arizona, usted conviene en que la Abogada podrá recuperar lo mejor de estas dos cantidades de honorarios. Si no hay ninguna recuperación de fondos ni de otra forma de consideración, la Abogada no recibirá nada de honorarios para sus servicios.

f. Acuerdos Estructurados: En caso de que su recuperación fuere a través de alguna forma de pago periódico, los honorarios de abogados serán basados en el valor presente aproximado de la recuperación. Usted conviene en que no se les exigirán a la Abogada que recuperen sus honorarios como una parte de cada pago periódico.

g. El Cliente entiende y conviene en que la Abogada podría trabajar con otros abogados y/o bufetes de abogados en esta Representación como abogados-colaboradores. Si la Representación tiene éxito, los honorarios de abogado recuperados por la Abogada seráncompartidos entre estos otros abogados y/o bufetes.

h. El Cliente entiende y acuerda que la abogada recibirán financiamiento de El Sindicato Internacional de Pintores y Gremios Aliados del Consejo del Distrito No. 15 ("El Sindicato"), que no será una parte de la acción, para ayudar con los pagos de los extensivos costos y honorarios de abogados en los que probablemente se incurrirán durante el transcurso del litigio. El Cliente acuerda que la Abogada pueden aceptar esos fondos. El Cliente no le adeudará nada al Sindicato como resultado de ese financiamiento. El Cliente está de acuerdo con que la Abogada le reembolse al Sindicato los costos y honorarios adelantados, de los costos y honorarios de abogados recuperados de la Compañía, si hubiera alguno.


**Pago de Impuestos**
Si usted recupera una suma a través de un acuerdo para pagarle el salario perdido u los sueldos no pagado(s),

6

usted entiende que será responsable de pagar cualquier impuesto que puede ser debido en la cantidad del pago. La Abogada no es responsable de pagar cualquier impuesto basado en la suma recuperada y cualquier pago del impuesto no se deducirá de una contingencia o recuperación de los honorarios. Si hay un pago al Cliente que resulte de un acuerdo o juicio, la Abogada emitirá el formulario del IRS 1099 al final del año para informar las ganancias.

## No Soy Experta en Impuestos

**La Abogads, ni cualquier abogado con quien trabajo, es abogado de impuestos, y la Abogada no puede aconsejarle sobre los impuestos. Usted debería consultar con un contador publico o con otro consejero de impuestos licenciado de su elección para obtener consejos sobre los impuestos.**

**Iniciales del Cliente>__*ML*__**

## Resolución de Reclamos en Caso de Faltas de Comunicaciones

Usted puede elegir, y al firmar este párrafo, usted específicamente elige autorizar a la Abogada a que resuelve sus reclamos en el evento de que usted no responda a mis peticiones de que se comunique conmigo, o falla en avisarme de donde o cómo puedo comunicarnme con usted. La Abogada se comprometa a arreglar sus reclamos bajo los términos que nosotros creemos razonablemente representan los resultados más favorables para usted que se pueden negociar.

## Control de la Representación

Usted entiende y conviene en que la Abogada será en control de la Representación y tendrá el derecho a hacer todas decisiones sobre como manejar los reclamos y demandas perseguidos de parte de usted en la mejor manera posible. Sin embargo, la Abogada no llegará a un acuerdo o convenio para resolver sus reclamos sin consultarle y sin obtener su consentimiento anteriormente. Usted conviene en que no se va negar su consentimiento de un acuerdo desproporcionadamente. Usted tiene derecho a ser informado/a sobre el estado de la Representación, y puede comunicar con la Abogada a cualquier momento para pedir información. la Abogada intentará responderle puntualmente en todo lo posible a todas sus solicitaciones de información.

## Gravamen de Abogados y Poder Especial

Las oficinas legales de Rachel Wilson son otorgadas un gravamen por el presente en cualquier recuperación para todas las sumas de dinero adelantadas por ellos para los honorarios de abogados y costos. la Abogada se concede al poder especial de abogado del Cliente para endosar todos los documentos en el nombre del Cliente que sean necesarios para finalizar o completar el acuerdo, incluyendo el endoso de un cheque y/o proyecto.

## No Hago Garantías

Intentaré ayudarle en todo lo posible para lograr un resultado favorable para usted. Sin embargo, no hago ninguna garantía ni promesa sobre los resultados de la Representación. Al firmar este Acuerdo, usted reconoce que la Abogada no ha hecho ninguna representación en absoluto con respecto a la terminación exitosa de la demanda.

## El Retiro de Abogados

El Cliente puede descargar a la Abogada y terminar nuestros servicios cuando quiera por noticia escrita que entrará en vigor cuando la Abogada reciba dicha noticia. En el evento de un descargo o una retirada de la Abogada, y después de cualquier acuerdo, fallo, u otro convenio de su caso (*i.e.*, sí usted tiene éxito), la Abogada tendrá derecho a recuperar como honorarios el valor razonable de los servicios efectuados, incluyendo cualquier gasto incurrido durante la Representación.la Abogada puede retirarse de la Representación a cualquier momento con su consentimiento, y a cualquier momento sin su consentimiento por una razón legalmente permitida, incluyendo pero no limitado la falta del Cliente de cumplir con los términos de este Acuerdo, con la autorización del tribunal. Si la Abogada debe retirarse o es despedida, usted conviene en que hará todos esfuerzos necesarios para liberar la Abogada de sus obligaciones a proporcionarle más servicios, incluso firmar cualquier documento necesario para terminar la Representación. En el evento de dicha terminación de la Representación, yo intentaré ayudarle en todo lo posible y razonable para proteger sus intereses. Después de que mis servicios concluyen, nosotros, tras su petición, le entregaremos su archivo a usted, junto con cualesquiera fondos, y propiedad suya en nuestra posesión.

7

## Efecto Obligatorio

Este contrato estará ligando en, y tendrá efecto al beneficio de las partes, sucesores y cesionarios.

## Derecho a Buscar Consejo Legal Independiente

Usted tiene el derecho a consultar con otro abogado acerca de este Acuerdo antes de firmarlo, y la Abogada le anima a hacerlo si tiene alguna preocupación. Al firmar este Acuerdo, usted reconoce que la Abogada le ha avisado específicamente de su derecho a buscar el consejo de un abogado independiente acerca de los términos y condiciones de este Acuerdo.

**Este Acuerdo representa el total acuerdo entre el Cliente y la Abogada con relación a los honorarios de Abogados y costos y otros términos relacionados con la representación del Cliente por la Abogada. Cualquier modificación, adición, u otros cambios a este Acuerdo deberá ser hecho solamente por escrito y firmado por ambos, el Cliente y la Abogada.**

**¡CUIDADO: NO FIRMAR NI PONER SUS INICIALES EN ESTE DOCUMENTO SIN LEERLO!**

Una copia doble de este Acuerdo se le ha proporcionado al Cliente.
Después de leer cuidadosamente lo susodicho, los siguientes partidos se ponen en acuerdo:

Fecha: _02/05/09_ _Maria Rendón_ _____
  Nombre del Cliente (en letra de molde)   Firma del Cliente

Firmada en ___Phoenix Az___, Arizona, el _02/05/09_
  Fecha

_Rachel Wilson_
Rachel Wilson

8